UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT BROWNE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DOLGEN MIDWEST, LLC,<br><br>　　　　　　　Defendant. | Case No. 2:18-cv-01504-RFB-VCF<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation [ECF No. 21] of the Honorable Cam Ferenbach, United States Magistrate Judge, entered May 7, 2019.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by May 21, 2019. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 21] is ACCEPTED and ADOPTED in full.

**IT IS ORDERED** that Plaintiffs Motion for Sanctions for Spoliation of Evidence (ECF No. 12) is DENIED.

**IT IS FURTHERORDERED** that Plaintiff's Motion to Deem Requests for Admissions Admitted (ECF No. 16) is DENIED.

**IT IS FURTHER ORDERED** that Defendant's Countermotion to Plaintiff's Motion to Deem Request for Admissions Admitted for Relief Under Fed. R. Civ. P. 36(b) (ECF No. 20) is GRANTED.

DATED: June 3, 2019.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**