

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Tel: (702) 727-1400/Fax: (702) 727-1401
Attorneys for Dolgen Midwest, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| ROBERT BROWNE, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>DOLGEN MIDWEST, LLC DOES 1 through 100; and ROE CORPORATIONS 101-200 inclusive,<br><br>  Defendants. | Case No.: 2:18-cv-1504<br><br>**Stipulation and Order to Dismiss with Prejudice** |
|---|---|

The parties stipulate to dismiss all claims in case 2:18-cv-1504, each to bear their own fees and costs. No trial date was scheduled.

| WILSON ELSER<br><br>/s/ Michael Lowry<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, NV 89119<br>Attorneys for Dolgen Midwest, LLC | BERNSTEIN & POISSON<br><br>/s/ Ryan Kerbow<br>Ryan Kerbow, Esq.<br>Nevada Bar No. 11403<br>320 S. Jones Blvd.<br>Las Vegas, NV 89107<br>Attorneys for Robert Browne |

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 11th day of January, 2022.

264983971v.1

-1-